# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128780

RICHARD G. SMITH, JR.,
          Plaintiff-Appellant,

v

DOUGLAS C. SMITH, Individually, as Trustee,
and as Personal Representative of the Estate of
Joyce Smith, SARAH J. SMITH-LUBARSKY,
CARL H. SMITH, III, ESTATE OF RICHARD
G. SMITH, SR., RICHARD G. SMITH
REVOCABLE TRUST, JOYCE SMITH
REVOCABLE TRUST, THRUSHWOOD-
SMITH FAMILY JOINT TRUST, WEE HOUSE-
SMITH FAMILY JOINT TRUST, ALBERT C.
HICKS, and SMITH & BROOKER, P.C.,
          Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128780
COA: 251773
Bay CC: 03-003286-CZ

On order of the Court, the application for leave to appeal the April 19, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating.

t1219



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____         _____
                                                  Clerk